**Order filed September 20, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-09-01065-CV
_____

### L. MICKELE' DANIELS AND WIFE, RHONDA L. DANIELS, Appellants

### V.

### THE COMMONWEALTH CIVIC ASSOCIATION, INC., Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 08-DCV-165996**

## ORDER

Appellant, Leiroi Mickele' Daniels, petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 0-40413-LZP7.  Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on November 23, 2010, we stayed all proceedings in the appeal.  *See*  Tex. R. App. P. 8.2.

On August 23, 2012, appellee informed this court the bankruptcy case was closed. Attached to the motion is a copy of the bankruptcy court's order closing the case on February 17, 2012.

Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

Appellants' brief is due to be filed with the clerk of this court within thirty days of the date of this order

PER CURIAM